Dale DICKERSON; Shirley Dickerson, Plaintiffs–Appellees,

v.

LEXINGTON INSURANCE COMPANY, Defendant–Appellant.

Nos. 07–30823, 07–30868.

United States Court of Appeals, Fifth Circuit.

Jan. 21, 2009.

Soren E. Gisleson (argued), Herman, Herman, Katz & Cotlar, New Orleans, LA, for Plaintiffs–Appellees.

John Baay, Robert I. Siegel (argued), Michael David Cangelosi, Gieger, Laborde & Laperouse, New Orleans, LA, for Defendant–Appellant.

Adrianne Landry Baumgartner, Porteous, Hainkel & Johnson, New Orleans, LA, for Nat. Ass'n of Mut. Ins. Co., Amicus Curiae.

Richard L. Fenton, Sonnenschein, Nath & Rosenthal, Chicago, IL, for Allstate Ins. Co., Amicus Curiae.

Judy Y. Barrasso, Barrasso, Usdin, Kupperman, Freeman & Sarver, New Orleans, LA, for Liberty Mut. Fire Ins. Co., Liberty Mut. Ins. Co. and Metropolitan Property & Cas. Ins. Co., Amici Curiae.

Gordon Paul Serou, Jr., Law Offices of Gordon P. Serou, Jr., New Orleans, LA, for Am. Bankers Ins. Co. of FL and Am. Sec. Ins. Co., Amici Curiae.

John Powers Wolff, III, Keogh, Cox & Wilson, Ltd., Baton Rouge, LA, for Amica Mut. Ins. Co., Amicus Curiae.

James K. Ordeneaux, Plauche, Maselli, Parkerson, LLP, New Orleans, LA, for LA Farm Bur. Mut. Ins. Co., LA Farm Bur. Cas. Ins. Co. and Southern Farm Bur. Ins Co., Amici Curiae.

Ralph S. Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, New Orleans, LA, for Hanover Ins. Co., Hanover Am. Ins. Co., MA Bay Ins. Co., Metropolitan Property & Cas. Ins. Co., Standard Fire Ins. Co., and Travelers Indem. Co., Amici Curiae.

Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, Metairie, LA, for Republic Fire & Cas. Ins. Co., Am. Nat. Property & Cas. Co., Am. Nat Gen. Ins. Co. and ANPAC LA Ins. Co., Amici Curiae.

Alan S. Gilbert, Sonnenschein, Nath & Rosenthal, Chicago, IL, for Horace Mann Ins Co., Horace Mann Property & Cas. Ins. Co. and Teachers Ins. Co., Amici Curiae.

Howards Bruce Kaplan, Bernard, Cassissa, Elliott, & Davis, Metairie, LA, for Lafayette Ins. Co. and United Fire & Cas. Co., Amici Curiae.

Before KING, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM:

No member of the panel nor judge in regular active service[1] of the court having

---

[1] Judge Dennis and Judge Clement did not participate in the consideration of rehearing en banc.

requested that the court be polled on Rehearing En Banc (FED. R.APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is GRANTED, the opinion of the court filed December 22, 2008[2] is WITHDRAWN, and the revised panel opinion filed herewith is SUBSTITUTED therefor.

2.  2008 WL 5295389 (5th Cir.2008).

